## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00198-JGK
### Internal Use Only

Juan v. AU Optronics Corp. et al
Assigned to: Judge John G. Koeltl
Cause: 15:1 Antitrust Litigation

Date Filed: 01/10/2007
Date Terminated: 06/05/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Jose Juan**
*on behalf of himself and all others similarly situated in New York*

represented by **David Boies, III**
Straus & Boies, LLP
4041 University Drive
Fifth Floor
Fairfax, VA 22030
(703) 764-8700
Fax: (703) 764-8704
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian Otto**
Straus & Boies, LLP
4041 University Drive
Fifth Floor
Fairfax, VA 22030
(703) 764-8700
Fax: (703) 764-8704
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth G. Walsh**
Straus & Boies, LLP
Two Depot Plaza
Suite 203
Bedford Hills, NY 10507
(914) 244-3200
Fax: (914) 244-0495
Email: kwalsh@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Cihlar**
Straus & Boies, LLP
4041 University Drive
Fifth Floor
Fairfax, VA 22030
(703) 764-8700

Fax: (703) 764-8704
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Battin**
Straus & Boies LLP
4041 University Drive
Fifth Floor
Fairfax, VA 22030
(703) 764-8700
Fax: (703) 764-8704
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chungwa Picture Tubes., Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**Idtech Co., Ltd.**

**Defendant**
Idtech USA, Inc.

**Defendant**
IPSA Alpha Technology, Ltd.

**Defendant**
LG. Philips LCD Co., Ltd.

**Defendant**
LG. Philips LCD America, Inc.

**Defendant**
Matsushita Electric Industrial Co., Ltd.

**Defendant**
Panasonic Corporation of North America

**Defendant**
Mitsubishi Electric Corporation

**Defendant**
Mitsubishi Electric & Electronics USA, Inc.

**Defendant**
NEC Electronics Corporation

**Defendant**
NEC Electronics America, Inc.

**Defendant**
NEC LCD Technologies, Ltd.

**Defendant**
Samsung Electronics Company Ltd.

**Defendant**
Samsung Electronics America

**Defendant**
Sanyo Electric Co., Ltd.

**Defendant**
Sanyo Noth America Corporation

**Defendant**
Epson Imaging Devices Corporation

**Defendant**

Seiko Epson Corporation

**Defendant**

Epson America, Inc.

**Defendant**

Epson Electronics America, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation     represented by **Albert J. Boro, Jr.**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1436
Fax: (415) 983-1200
*ATTORNEY TO BE NOTICED*

**Defendant**

Sony Corporation

**Defendant**

Sony Corporation of America

**Defendant**

Sony Electronics, Inc.

**Defendant**

S-LCD Corporation

**Defendant**

Syntax-Brillian Corp.

**Defendant**

S-LCD Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba America Inc.

**Defendant**

Toshiba Matsushita Display Technology Co., Ltd.

**Defendant**

John Does
*1-100*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2007 | 1 | COMPLAINT against Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Chungwa Picture Tubes., Ltd., Fujitsu Limited, Inc., Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Idtech Co., Ltd., Idtech USA, Inc., IPSA Alpha Technology, Ltd., LG. Philips LCD Co., Ltd., LG. Philips LCD America, Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company Ltd., Samsung Electronics America, Sanyo Electric Co., Ltd., Sanyo Noth America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Sony Corporation, Sony Corporation of America, Sony Electronics, Inc., S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America Inc., Toshiba Matsushita Display Technology Co., Ltd., John Does, AU Optronics Corp., AU Optronics Corp. America. (Filing Fee $ 350.00, Receipt Number 599318)Document filed by Jose Juan.(mbe) (Entered: 01/16/2007) |
| 01/10/2007 |  | SUMMONS ISSUED as to Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Chungwa Picture Tubes., Ltd., Fujitsu Limited, Inc., Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Idtech Co., Ltd., Idtech USA, Inc., IPSA Alpha Technology, Ltd., LG. Philips LCD Co., Ltd., LG. Philips LCD America, Inc., Matsushita Electric Industrial Co., Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company Ltd., Samsung Electronics America, Sanyo Electric Co., Ltd., Sanyo Noth America Corporation, Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Sony Corporation, Sony Corporation of America, Sony Electronics, Inc., S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America Inc., Toshiba Matsushita Display Technology Co., Ltd., John Does, AU Optronics Corp., AU Optronics Corp. America. (mbe) (Entered: 01/16/2007) |
| 01/10/2007 |  | CASE REFERRED TO Judge John G. Koeltl as possibly related to 06-cv-14335. (mbe) (Entered: 01/16/2007) |
| 01/10/2007 |  | Case Designated ECF. (mbe) (Entered: 01/16/2007) |
| 01/19/2007 |  | Magistrate Judge Gabriel W. Gorenstein is so designated. (jmi) (Entered: 01/26/2007) |
| 01/19/2007 |  | Mailed notice to the attorney(s) of record. (jmi) (Entered: 01/26/2007) |
| 01/19/2007 | 2 | NOTICE OF CASE ASSIGNMENT to Judge Denise L. Cote. Judge John G. Koeltl is no longer assigned to the case. (jmi) (Entered: 02/02/2007) |
| 01/19/2007 |  | CASE DECLINED AS NOT RELATED. Case referred as related to 06-cv-14335 and declined by Judge John G. Koeltl and returned to wheel for |

| | | |
|---|---|---|
| | | assignment. (jmi) (Entered: 02/02/2007) |
| 02/02/2007 | 3 | NOTICE OF CASE REASSIGNMENT to Judge John G. Koeltl. Judge Denise L. Cote is no longer assigned to the case. (kco) (Entered: 02/06/2007) |
| 02/06/2007 | | Mailed notice to the attorney(s) of record of case reassignment. (kco) (Entered: 02/06/2007) |
| 03/13/2007 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying LG.Phillips LCD Co., Ltd. as Corporate Parent. Document filed by LG. Philips LCD America, Inc..(Lowenthal, Mitchell) (Entered: 03/13/2007) |
| 04/02/2007 | 5 | NOTICE of Dismissal of SONY Corp., SONY Corp. of America and SONY Electronics, Inc.. Document filed by Jose Juan. (Walsh, Kenneth) (Entered: 04/02/2007) |
| 04/11/2007 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Sharp Corporation as Corporate Parent. Document filed by Sharp Electronics Corporation. (Attachments: # 1 Affidavit of Service)(Nara, Fusae) (Entered: 04/11/2007) |
| 04/11/2007 | 7 | MOTION for Albert J. Boro, Jr. to Appear Pro Hac Vice. Document filed by Sharp Electronics Corporation.(jco) (Entered: 04/12/2007) |
| 04/17/2007 | | CASHIERS OFFICE REMARK on 7 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 04/11/2007, Receipt Number 611434. (jd) (Entered: 04/17/2007) |
| 06/05/2007 | 8 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Northern District of California. (Signed by Judge MDL Panel on 04/25/2007) (jeh) (Entered: 06/11/2007) |
| 06/05/2007 | | MDL TRANSFER OUT: Emailed certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - Northern District of California. (jeh) (Entered: 06/11/2007) |